THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY LEOPLSTADT, Otherwise Called HENRY LEOPLSPAT, Appellant.— Judgment reversed and the information dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to affirm.

MARY BABAKITIS and MARY LETTY BABAKITIS, as Administratrices, etc., of GEORGE BABAKITIS, Deceased, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment and order unanimously affirmed with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

SIMON J. DANNENBERG, Respondent, v. JEAN SELIGMANN, Also Known as JOHN SELIGMANN, Appellant.— Judgment, as amended, so far as appealed from, and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $10,122.70, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

JOHN NOVOSAD, Appellant, v. JOSEPHINE F. BURGHARD, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

ANNA V. PICKARD and JOSEPH PICKARD, Appellants, v. F. W. WOOLWORTH COMPANY and MASON & PARKER MANUFACTURING COMPANY, Respondents.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial on the ground that there were questions for the jury as to both defendants.